**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD KREITZER, | CASE NO. 1:15-cv-01667-GBC |
| Plaintiff, | (MAGISTRATE JUDGE COHN) |
| v. | |
| CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| | Docs. 1, 9, 10, 11, 14, 15 |
| Defendant. | |

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1.    This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2.    The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3.    The decision of the Commissioner of Social Security denying Richard Kreitzer disability insurance benefits is affirmed; and

4.    The Clerk of Court shall close this case.

Dated: September 30, 2016                         _____s/Gerald B. Cohn_____
                                                    GERALD B. COHN
                                                    UNITED STATES MAGISTRATE JUDGE